476 A.2d 66

Jianniney, Appellants, v. Herr.

560

Argued December 7, 1983. William C. Gierasch, Jr., for appellants; James R. Adams, for appellees.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment affirmed.